No. 6557.  SEALEY *v.* NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 6558.  KORESKO *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 6571.  KNIGHT *v.* GAFFNEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 6574.  HOAG *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 6576.  FANNON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 6589.  SCHLETTE *v.* CALIFORNIA ADULT AUTHORITY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 6602.  BAKER *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 6614.  VASQUEZ *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 6617.  FEHLHABER ET AL. *v.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 6649.  MALONE *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 12.  COX, PENITENTIARY SUPERINTENDENT *v.* McLAREN.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would dismiss petition as moot.

No. 45.  PRATT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.